IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>CORNEJO JR., JOSE A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-30384<br><br>JUDGE BRUCE W. BLACK JOLIET |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   EMCO Building, 57 W Jefferson St, Courtroom 201
   Joliet, Illinois 60432

   on: March 24, 2006
   at: 9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | | |
   |---|---|---:|
   | a. | Receipts | $ 29,942.84 |
   | b. | Disbursements | $ 19,131.31 |
   | c. | Net Cash Available for Distribution | $ 10,811.53 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,994.28 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $7662.431 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Manhattan Bank USA NA | $ 1,072.85 | $ 1,072.85 |
| 1I | Chase Manhattan Bank USA NA | $ 21.68 | $ 21.68 |
| 2 | Monogram Credit Card Bank of Georgia | $ 1,225.23 | $ 1,225.23 |
| 2I | Monogram Credit Card Bank of Georgia | $ 24.75 | $ 24.75 |
| 3 | Target National Bank (fka Retailers National Bank) TARGET | $ 115.82 | $ 115.82 |
| 3I | Target National Bank (fka Retailers National Bank) TARGET | $ 2.34 | $ 2.34 |
| 4 | Menard Inc c/o Friedman And Wexler LLC | $ 564.61 | $ 564.61 |

| 4I | Menard Inc c/o Friedman And Wexler LLC | $ | 11.41 | $ | 11.41 |
| --- | --- | --- | --- | --- | --- |
| 5 | Capital One Bank | $ | 1,020.55 | $ | 1,020.55 |
| 5I | Capital One Bank | $ | 20.62 | $ | 20.62 |
| 6 | Capital One Bank | $ | 1,838.64 | $ | 1,838.64 |
| 6I | Capital One Bank | $ | 37.15 | $ | 37.15 |
| 7 | Capital One Bank | $ | 908.30 | $ | 908.30 |
| 7I | Capital One Bank | $ | 18.35 | $ | 18.35 |
| 8 | Capital One Bank | $ | 916.43 | $ | 916.43 |
| 8I | Capital One Bank | $ | 18.52 | $ | 18.62 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated:  March 1, 2006                              For the Court,

By:
  KENNETH S GARDNER
  Kenneth S. Gardner
  Clerk of the United States Bankruptcy Court
  219 S. Dearborn Street; 7th Floor
  Chicago, IL  60604

Trustee: MICHAEL G. BERLAND
Address: 1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
Phone No.: (312) 855-1272