IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>CORNEJO JR., JOSE A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-30384<br><br>JUDGE BRUCE W. BLACK JOLIET |

NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    U.S. BANKRUPTCY COURT
           EMCO Building, 57 W Jefferson St, Courtroom 201
           Joliet, Illinois 60432

    on:    March 24, 2006
    at:    9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        29,942.84

    b. Disbursements                         $        19,131.31

    c. Net Cash Available for Distribution   $        10,811.53

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,994.28 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $7662.431 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Manhattan Bank USA NA | $ 1,072.85 | $ 1,072.85 |
| 1I | Chase Manhattan Bank USA NA | $ 21.68 | $ 21.68 |
| 2 | Monogram Credit Card Bank of Georgia | $ 1,225.23 | $ 1,225.23 |
| 2I | Monogram Credit Card Bank of Georgia | $ 24.75 | $ 24.75 |
| 3 | Target National Bank (fka Retailers National Bank) TARGET | $ 115.82 | $ 115.82 |
| 3I | Target National Bank (fka Retailers National Bank) TARGET | $ 2.34 | $ 2.34 |
| 4 | Menard Inc c/o Friedman And Wexler LLC | $ 564.61 | $ 564.61 |

| | | | | | |
|---|---|---|---|---|---|
| 4I | Menard Inc c/o Friedman And Wexler LLC | $ | 11.41 | $ | 11.41 |
| 5 | Capital One Bank | $ | 1,020.55 | $ | 1,020.55 |
| 5I | Capital One Bank | $ | 20.62 | $ | 20.62 |
| 6 | Capital One Bank | $ | 1,838.64 | $ | 1,838.64 |
| 6I | Capital One Bank | $ | 37.15 | $ | 37.15 |
| 7 | Capital One Bank | $ | 908.30 | $ | 908.30 |
| 7I | Capital One Bank | $ | 18.35 | $ | 18.35 |
| 8 | Capital One Bank | $ | 916.43 | $ | 916.43 |
| 8I | Capital One Bank | $ | 18.52 | $ | 18.62 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: March 1, 2006                                For the Court,

By:
KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    MICHAEL G. BERLAND
Address:    1 NORTH LASALLE STREET
            STE 1775
            CHICAGO, IL  60602
Phone No.:  (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1           Date Rcvd: Mar 01, 2006
Case: 04-30384                 Form ID: pdf002          Total Served: 22


The following entities were served by first class mail on Mar 03, 2006.
db          +Jose A Cornejo, Jr,    1100 Arthur Avenue,    Joliet, IL 60432-1328
aty         +Sara J Gray,    Law Office Of Gray & Idris, P.C.,     54 N Ottawa Street   Suite B80,
              Joliet, IL 60432-4354
tr          +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
ust         +William T Neary,    Office of the U.S. Trustee, Region 11,    227 W. Monroe St.,    Suite 3350,
              Chicago, IL 60606-5025
8397117      At&t Wireless,    PO Box 8220,   Aurora, IL  60572-8220
8397118     +Capital One Bank,    PO Box 85167,    Richmond VA 23285-5167
8397120      Chase Manhattan Bank USA NA,    PO Box 52176,    Phoenix, AZ  85072-2176
8397121      First Premier Bank,    PO Box 5519,    Sioux Falls, SD  57117-5519
8397122     +Friedman & Wexler, L.L.C.,    500 W. Madison St.  Ste 2910,    Chicago, IL 60661-4571
8397123     +GECAL Auto Fin,    P.O. Box 530902,    Atlanta, GA 30353-0902
8397124      Household Bank,    C/O John P. Frye. P.C.,    P.O.B 13665,    Roanoke, VA  24036-3665
8397125      Household Bank,    C/O Accounts Rec. Mgmt.,    P.O. Box 129,    Thorofare, NJ  08086-0129
8397126      Household Credit Services,    PO Box 17051,    Baltimore, MD  21297-1051
8397127      JC Penny,    PO Box 960001,    Orlando, FL  32896-0001
9047199     +Menard Inc,    c/o Friedman And Wexler LLC,    500 W Madison St,    Suite 2910,
              Chicago IL 60661-4571
8939662     +Monogram Credit Card Bank of Georgia,     DBA JCPenney,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, Florida 33131-1605
8397128     +Phillips & Sweeney,    180 N. LaSalle St Suite 3701,    Chicago, IL 60601-2803
8397129      Providian,    PO Box 9553,    Manchester, NH  03108-9553
8397131      Retailers Nat'l Bank,    c/o Target Credit,    PO Box 1581,    Minneapolis, MN  55440-1581
8397130      Retailers Nat'l Bank,    c/o Marshall Fields's Credit,    PO Box 1581,    Minneapolis, MN  55440-1581
8397132     +Risk Management Alternatives,     2200 S. Busse Rd.,    Mt. Prospect, IL 60056-5543
8979622     +Target National Bank (fka Retailers National Bank),     TARGET,    c/o Weinstein & Riley, P.S.,
              2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Phillips & Sweeney LLP
8397119         Carson Pirie Scott,    C/O Bond Collecting Corp
op*            +William T Neary,    Office of the U.S. Trustee, Region 11,    227 W. Monroe St.,    Suite 3350,
                 Chicago, IL 60606-5025
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2006**          **Signature:** _Joseph Speetjens_