UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSE CORNEJO JR., | ) No. 04 B 30384 |
|     Debtor. | ) Chapter 7 |
| | ) Honorable BRUCE W. BLACK |
| |   (JOLIET) |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

      Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

    All checks have been cashed. The Form 2 is attached as Exhibit "B". The Report of Unclaimed funds is attached as Exhibit "C."

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

                                           /s/ Michael G. Berland Trustee

Dated: 12/4//07

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  
CORNEJO JR., JOSE A.

CHAPTER 7 CASE

CASE NO. 04-30384 BL

JUDGE Bruce W. Black

Debtor(s)

### DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,994.28 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 2,978.51 |
| Tardily-Filed Unsecured Claims: | $ 4,683.92 |
| Post-Petition Interest: | $ 177.53 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 10,834.24** |

EXHIBIT A

DISTRIBUTION REPORT                                                              PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) $ | 2,994.28 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | MICHAEL G. BERLAND | 2,994.28 | 2,994.28 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 $ | 0.00 | 0.00% |

EXHIBIT D

| DISTRIBUTION REPORT | | PAGE 2 |
|---|---|---|
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL   $ | 0.00 |

| 6.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL   $ | 0.00 |

| 7.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL   $ | 0.00 |

| 8.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 $ | 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL   $ | 0.00 |

| 9.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony $ | 0.00 | 0.00% |
| CLAIM NUMBER   CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL   $ | 0.00 |

| 10.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: $ | 0.00 | 0.00% |

EXHIBIT 

DISTRIBUTION REPORT                                                              PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | 2,978.51 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Chase Manhattan Bank USA NA | 1,072.85 | 1,072.85 |
| 2 | Monogram Credit Card Bank of Georgia | 1,225.23 | 1,225.23 |
| 3 | Target National Bank (fka Retailers National Bank) TARGET | 115.82 | 115.82 |
| 4 | Menard Inc c/o Friedman And Wexler LLC | 564.61 | 564.61 |
| | | TOTAL $ | 2,978.51 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

EXHIBIT D

| 15. | DISTRIBUTION REPORT | | PAGE 4 | |
|---|---|---|---|---|
| | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| | §726(a)(3) - Late unsecured claims | | 4,683.92 | 100.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 5 | Capital One Bank | | 1,020.55 | 1,020.55 |
| 6 | Capital One Bank | | 1,838.64 | 1,838.64 |
| 7 | Capital One Bank | | 908.30 | 908.30 |
| 8 | Capital One Bank | | 916.43 | 916.43 |
| | | TOTAL $ | | 4,683.92 |

| 16. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(4) - Fines/penalties | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | | 0.00 |

| 17. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(5) - Interest | | 177.53 | 100.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 1I | Chase Manhattan Bank USA NA | | 24.80 | 24.80 |
| 2I | Monogram Credit Card Bank of Georgia | | 28.74 | 28.74 |
| 3I | Target National Bank (fka Retailers National Bank) TARGET | | 2.68 | 2.68 |
| 4I | Menard Inc c/o Friedman And Wexler LLC | | 13.05 | 13.05 |
| 5I | Capital One Bank | | 23.59 | 23.59 |
| 6I | Capital One Bank | | 42.50 | 42.50 |
| 7I | Capital One Bank | | 20.99 | 20.99 |
| 8I | Capital One Bank | | 21.18 | 21.18 |
| | | TOTAL $ | | 177.53 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|



EXHIBIT D

| DISTRIBUTION REPORT | | | PAGE 5 |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor $ | | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL   $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   3/27/06            /s/Michael G. Berland
                            MICHAEL G. BERLAND, Trustee

EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
CORNEJO JR., JOSE A.

CHAPTER 7 CASE

CASE NO. 04-30384

JUDGE BRUCE W. BLACK JOLIET

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,994.28 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,994.28 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |

1

|  |  |  |
|---|---|---|
| c. Chapter 11 compensation | $ | 0.00 |
| d. Chapter 11 Expenses | $ | 0.00 |

3.  Other Professionals

|  |  |  |
|---|---|---|
| TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200 __.

ENTERED _____

UNITED STATES BANKRUPTCY JUDGE

ENTERED

MAR 2 4 2006

BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

2

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-30384 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | CORNEJO JR., JOSE A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****76-65 - Money Market Account |
| Taxpayer ID #: | 13-7446888 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/04/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/05 | {8} | Phillips & Sweeney | Payment of personal injury settlement | 1142-000 | 29,900.00 | | 29,900.00 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 5.16 | | 29,905.16 |
| 04/21/05 | 1001 | Jose Cornejo Jr. | Payment of personal injury exemption | 8100-002 | | 7,500.00 | 22,405.16 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 8.60 | | 22,413.76 |
| 05/02/05 | 1002 | Phillips & Sweeney | Payment of attorney fee pursuant to court order | 3210-600 | | 9,966.66 | 12,447.10 |
| 05/02/05 | 1003 | Phillips & Sweeney | Payment of attorney expenses pursuant to court order | 3220-610 | | 1,664.65 | 10,782.45 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 3.94 | | 10,786.39 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 3.44 | | 10,789.83 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.74 | | 10,793.57 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 4.13 | | 10,797.70 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.25 | | 10,801.95 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.69 | | 10,806.64 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.89 | | 10,811.53 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.41 | | 10,816.94 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.09 | | 10,823.03 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.81 | | 10,828.84 |
| 03/25/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.7000% | 1270-000 | 5.40 | | 10,834.24 |
| 03/25/06 | | To Account #********7666 | Transfer for purpose of final distribution | 9999-000 | | 10,834.24 | 0.00 |

| | | | Subtotals: | $29,965.55 | $29,965.55 | |

{} Asset reference(s)

Printed: 12/04/2007 12:37 PM   V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-30384 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | CORNEJO JR., JOSE A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****76-65 - Money Market Account |
| Taxpayer ID #: | 13-7446888 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/04/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 29,965.55 | 29,965.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,834.24 | |
| | | | **Subtotal** | | **29,965.55** | **19,131.31** | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,965.55** | **$11,631.31** | |

{} Asset reference(s)  

Printed: 12/04/2007 12:37 PM   V.9.55

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-30384 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | CORNEJO JR., JOSE A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****76-66 - Checking Account |
| Taxpayer ID #: | 13-7446888 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/04/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/06 | | From Account #********7665 | Transfer for purpose of final distribution | 9999-000 | 10,834.24 | | 10,834.24 |
| 03/30/06 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,994.28, Trustee Compensation; Reference: | 2100-000 | | 2,994.28 | 7,839.96 |
| 03/30/06 | 102 | Chase Manhattan Bank USA NA | Dividend paid 100.00% on $1,072.85; Claim# 1; Filed: $1,072.86; Reference: | 7100-000 | | 1,072.85 | 6,767.11 |
| 03/30/06 | 103 | Monogram Credit Card Bank of Georgia | Dividend paid 100.00% on $1,225.23; Claim# 2; Filed: $1,225.23; Reference: | 7100-000 | | 1,225.23 | 5,541.88 |
| 03/30/06 | 104 | Target National Bank (fka Retailers National Bank) TARGET | Dividend paid 100.00% on $115.82; Claim# 3; Filed: $115.82; Reference: | 7100-000 | | 115.82 | 5,426.06 |
| 03/30/06 | 105 | Menard Inc c/o Friedman And Wexler LLC | Dividend paid 100.00% on $564.61; Claim# 4; Filed: $564.61; Reference: Stopped on 08/29/06 | 7100-000 | | 564.61 | 4,861.45 |
| 03/30/06 | 106 | Capital One Bank | Dividend paid 100.00% on $1,020.55; Claim# 5; Filed: $1,020.55; Reference: | 7200-000 | | 1,020.55 | 3,840.90 |
| 03/30/06 | 107 | Capital One Bank | Dividend paid 100.00% on $1,838.64; Claim# 6; Filed: $1,838.64; Reference: | 7200-000 | | 1,838.64 | 2,002.26 |
| 03/30/06 | 108 | Capital One Bank | Dividend paid 100.00% on $908.30; Claim# 7; Filed: $908.30; Reference: | 7200-000 | | 908.30 | 1,093.96 |
| 03/30/06 | 109 | Capital One Bank | Dividend paid 100.00% on $916.43; Claim# 8; Filed: $916.43; Reference: | 7200-000 | | 916.43 | 177.53 |
| 03/30/06 | 110 | Chase Manhattan Bank USA NA | Dividend paid 100.00% on $24.80; Claim# 1I; Filed: $24.80; Reference: | 7990-000 | | 24.80 | 152.73 |
| 03/30/06 | 111 | Monogram Credit Card Bank of Georgia | Dividend paid 100.00% on $28.74; Claim# 2I; Filed: $28.74; Reference: | 7990-000 | | 28.74 | 123.99 |
| 03/30/06 | 112 | Target National Bank (fka Retailers National Bank) TARGET | Dividend paid 100.00% on $2.68; Claim# 3I; Filed: $2.68; Reference: | 7990-000 | | 2.68 | 121.31 |

Subtotals :  $10,834.24    $10,712.93

{} Asset reference(s)    Printed: 12/04/2007 12:37 PM    V.9.55

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 04-30384 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | CORNEJO JR., JOSE A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****76-66 - Checking Account |
| Taxpayer ID #: | 13-7446888 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/04/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/06 | 113 | Menard Inc c/o Friedman And Wexler LLC | Dividend paid 100.00% on $13.05; Claim# 4I; Filed: $13.05; Reference: Stopped on 08/29/06 | 7990-000 | | 13.05 | 108.26 |
| 03/30/06 | 114 | Capital One Bank | Dividend paid 100.00% on $23.59; Claim# 5I; Filed: $23.59; Reference: Stopped on 08/28/06 | 7990-000 | | 23.59 | 84.67 |
| 03/30/06 | 115 | Capital One Bank | Dividend paid 100.00% on $42.50; Claim# 6I; Filed: $42.50; Reference: Stopped on 08/28/06 | 7990-000 | | 42.50 | 42.17 |
| 03/30/06 | 116 | Capital One Bank | Dividend paid 100.00% on $20.99; Claim# 7I; Filed: $20.99; Reference: Stopped on 08/28/06 | 7990-000 | | 20.99 | 21.18 |
| 03/30/06 | 117 | Capital One Bank | Dividend paid 100.00% on $21.18; Claim# 8I; Filed: $21.18; Reference: Stopped on 08/28/06 | 7990-000 | | 21.18 | 0.00 |
| 08/28/06 | 114 | Capital One Bank | Dividend paid 100.00% on $23.59; Claim# 5I; Filed: $23.59; Reference: Stopped: check issued on 03/30/06 | 7990-000 | | -23.59 | 23.59 |
| 08/28/06 | 115 | Capital One Bank | Dividend paid 100.00% on $42.50; Claim# 6I; Filed: $42.50; Reference: Stopped: check issued on 03/30/06 | 7990-000 | | -42.50 | 66.09 |
| 08/28/06 | 116 | Capital One Bank | Dividend paid 100.00% on $20.99; Claim# 7I; Filed: $20.99; Reference: Stopped: check issued on 03/30/06 | 7990-000 | | -20.99 | 87.08 |
| 08/28/06 | 117 | Capital One Bank | Dividend paid 100.00% on $21.18; Claim# 8I; Filed: $21.18; Reference: Stopped: check issued on 03/30/06 | 7990-000 | | -21.18 | 108.26 |
| | | | Subtotals : | | $0.00 | $13.05 | |

{} Asset reference(s)    Printed: 12/04/2007 12:37 PM    V.9.55

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 04-30384 BL | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** | CORNEJO JR., JOSE A. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****76-66 - Checking Account |
| **Taxpayer ID #:** | 13-7446888 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/04/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/06 | 105 | Menard Inc c/o Friedman And Wexler LLC | Dividend paid 100.00% on $564.61; Claim# 4; Filed: $564.61; Reference:<br>Stopped: check issued on 03/30/06 | 7100-000 | | -564.61 | 672.87 |
| 08/29/06 | 113 | Menard Inc c/o Friedman And Wexler LLC | Dividend paid 100.00% on $13.05; Claim# 4I; Filed: $13.05; Reference:<br>Stopped: check issued on 03/30/06 | 7990-000 | | -13.05 | 685.92 |
| 09/24/07 | 118 | Clerk of Bankrtupcy Court | Payment of unclaimed funds | 8500-002 | | 685.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,834.24 | 10,834.24 | $0.00 |
| | | | Less: Bank Transfers | | 10,834.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,834.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,834.24** | |

{} Asset reference(s)                                                                                              Printed: 12/04/2007 12:37 PM   V.9.55

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 04-30384 BL  
**Case Name:** CORNEJO JR., JOSE A.  
**Taxpayer ID #:** 13-7446888  
**Period Ending:** 12/04/07  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****76-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****76-65 | 29,965.55 | 11,631.31 | 0.00 |
| Checking # ***-*****76-66 | 0.00 | 10,834.24 | 0.00 |
|  | $29,965.55 | $22,465.55 | $0.00 |

{} Asset reference(s)

Printed: 12/04/2007 12:37 PM   V.9.55

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSE CORNEJO JR., | ) No. 04 B 30384 |
| Debtor. | ) Chapter 7 |
| | ) Honorable BRUCE W. BLACK |
| | (JOLIET) |

**NOTICE OF FILING**

**To:**  United States Trustees Office
     227 West Monroe,
     Suite 3350
     Chicago, Illinois 60606

     Capital One Bank
     POB 85167
     Richmond, Virginia 23285

     Menard
     %Friedman & Wexler
     500 W. Madison Street, Suite 2910
     Chicago, Illinois 60661

     On September 24, 2007, the Trustee filed the Trustee's Report of Unclaimed Funds

                              Respectfully Submitted
                              Jose Cornejo Jr Debtor

                              By:/s/Michael G. Berland
                                Michael G. Berland, trustee


                         CERTIFICATE OF SERVICE

     I certify that I sent the Report of Unclaimed Funds to Capital One Bank and Menard by mailing same on September 24,2007 and by electronically serving all other parties of record.

                              /s/ Michael G. Berland Trustee
Michael G. Berland
1 North LaSalle Street, Suite 1775
Chicago, Illinois 60602
312-855-1272

Exhibit C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          )
                                )
JOSE CORNEJO JR.,               ) No. 04 B 30384
         Debtor.                ) Chapter 7
                                ) Honorable BRUCE W. BLACK
                                  (JOLIET)

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

Michael G. Berland, Trustee,("Trustee") pursuant to 11 U.S.C. Section 347 of the Bankruptcy Code and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtors filed a Chapter 7 petition. The Trustee was subsequently appointed, qualified, and continues to serve as Trustee in this case.

2. On March 30, 2006, the Trustee sent distribution and interest checks via United States Mail to the creditors entitled to receive same under the Distribution Report filed by the United States Trustees Office with the Clerk of the Bankruptcy Court.

3. Capital One Bank had four claims and also was entitled to interest on those claims since this was a surplus case. Capital One Bank cashed the four claim checks but failed to cash any of the distribution checks even though the Trustee's letter indicated that this creditor was entitled to a 100% dividend plus interest. The interest checks to Capital One Bank were in the following amounts: Check 114:$23.59; Check 115 in the amount of $42.50; Check 116 in the amount of $20.99; and Check 117:$21.18. Menard failed to cash either its dividend check(Check 105) or its interest check (Check 113) in the

amount of $564.61 and $13.05 respectively. The Trustee has stopped payment on these checks.

    4.   The Trustee proposes to deposit the interest with the Clerk of the Bankruptcy Court so this case can be closed since all other checks have been cashed. The creditors can file an appropriate Motion before the Honorable Judge Schwartz to obtain the return of the Unclaimed Funds.

                              Respectfully Submitted

                              Jose Cornejo Jr. debtor

                               By:/s/Michael Berland, trustee

Michael G. Berland
1 N. LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

UNCLAIMED FUNDS

Capital One Bank    $108.26
POB 85167
Richmond, Virginia 23285


Menard    $577.66
%Friedman & Wexler
500 W. Madison
Suite 2910
Chicago, Illinois 60661